

| | | |
|---|---|---|
| Director<br>National Vessel Documentation Center | | 792 T. J. Jackson Drive<br>Falling Waters, WV  25419<br>Phone: (800) 799-8362<br>Fax: 304-271-2405 |

**December 4, 2020**

### Regarding your recent submission to the National Vessel Documentation Center

This cover letter with enclosure(s) is sent in response to a submission made to this office.  If you have any questions, please contact the National Vessel Documentation Center at the number shown above.

**Enclosures:**

(1) Abstract of Title            O/N:586067          12 PAGE(S)

**TOTAL:**                            13 PAGE(S) (including cover page)

**EXHIBIT A**

ASIC 0050

DEPARTMENT OF
TRANSPORTATION
U. S. COAST GUARD
CG-1332 (Rev. 8-67)

# GENERAL INDEX OR ABSTRACT OF TITLE

586067
(Official number)
Oil Screw
(Rig)

(1) RUBY G
(Name of vessel)

This vessel was built at Bayou La Batre, Alabama in 1977 of Steel
by Offshore Trawlers, Inc. for Offshore Marine, Inc.
as appears by Certificate Of Edgar L. Graham, Master Carpenter Of Offshore Trawlers, Inc., Builder On File In The USCG, Vessel Documentation Office, Houma, Louisiana

| GRANTOR | GRANTEE | Kind of instrument and part conveyed | Date of instrument and date of maturity | Consideration or amount and discharge amount | Received for record | Recorded | Time of endorsement and entry or approval of home port | Port where endorsed |
|---|---|---|---|---|---|---|---|---|
| Offshore Marine, Inc. | First National Bank Of Commerce | P/M | 9/9/77 | $560,000.00 | 9/19/77 8:15a.m. | PM-30 Inst. 182 | 9/19/77-8:55a.m. 9/19/77-9:00a.m. | Houma, La. |
| | | All | 9/1/82 | $360,000.00 | | | | |
| REFERS TO PM-30 INST. 182: Offshore Marine, Inc. | First National Bank Of Commerce | Amendment Of P/M | 9/15/82 | - - - - - - | 9/21/82 9:00a.m. | PM-48 Inst. 142 | 10/13/82-9:00a.m. 10/13/82-9:05a.m. | Houma, La. |
| | | All | 9/1/84 | Amend Note Total Amt. & Date. Date $162,857.39 + Int. & PMC | | | | |
| OFFSHORE MARINE, INC. | FIRST NATIONAL BANK OF COMMERCE | SAT. P/M | 13 SEP 84 | $102,857.39 | 3 OCT 84 9:33 AM | PM-165 INST. 34 | 4 OCT 84 nola | |
| | | ALL | | | | | | |

ASIC 0051    Page 1 of 12

| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD CG-1332A (REV. 9-92) | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 21 | | | OFFICIAL NO. 586067 | |
|---|---|---|---|---|---|
| INSTRUMENT BS | % CONVEYED 100 | DATE 8/2/94 | AMOUNT ////////// | BOOK 9408 | PAGE 251 |
| FILED PORT NEW ORLEANS, LA. | | DATE 8/16/94 | TIME 2:57PM | DATE TERMINATED N/A | |
| GRANTOR OFFSHORE MARINE, INC. | | | | | |
| GRANTEE CSI HYDROSTATIC TESTERS INC. | | | | | |
| INSTRUMENT PM | % CONVEYED 100 | DATE 11/4/97 | AMOUNT $60,000,000.00 | BOOK 97-56 | PAGE 98 |
| FILED PORT NVDC | | DATE 11/10/97 | TIME 12:20 PM | DATE TERMINATED - - - | |
| GRANTOR C.S.I. HYDROSTATIC TESTERS INC | | | | | |
| GRANTEE JOINT ENERGY DEVELOPMENT INVESTMENTS LIMITED PARTNERSHIP 1400 SMITH STREET 28th FLOOR HOUSTON TEXAS 77002 | | | | | |
| INSTRUMENT PM | % CONVEYED 100 | DATE | AMOUNT $15,000,000.00 | BOOK 97-56 | PAGE 99 |
| FILED PORT NVDC | | DATE 11/10/97 | TIME 12:20 PM | DATE TERMINATED - - - | |
| GRANTOR C.S.I. HYDROSTATIC TESTERS INC" | | | | | |
| GRANTEE JOINT ENERGY DEVELOPMENT INVESTMENTS LIMITED PARTNERSHIP 1400 SMITH STREET 28th FLOOR HOUSTON TEXAS 77002 | | | | | |
| INSTRUMENT AGPM | % CONVEYED 100% | DATE 17 APR 98 | AMOUNT -- | BOOK -- | PAGE -- |
| FILED PORT NVDC | | DATE 06 MAY 98 | TIME 9:26 AM | DATE TERMINATED 22 September 1998 | |
| GRANTOR Joint Energy Development Invesements Limited Partnership | | | | | |
| GRANTEE Joint Energy Development Investments II Limited Partnership 1400 Smith St. Houston, TX 77002 | | | | | |

☐ ISSUED AS AN ABSTRACT OF TITLE        ☐ ISSUED FOR CHANGE OF PORT OF RECORD

DATE:            TIME:

PORT:            PAGE   OF   _____
                                    DOCUMENTATION OFFICER

PREVIOUS EDITION OBSOLETE    *U.S. Government Printing Office: 1992 — 312-673/62947    SN 7530-01-GF3-2260

ASIC 0052    Page 2 of 12

| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD CG-1332A (REV. 9-92) | | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 2 | | | | OFFICIAL NO. 586067 |
|---|---|---|---|---|---|---|
| INSTRUMENT PM | % CONVEYED 100 | DATE 1-13-99 | AMOUNT $35,000,000.00 | | BOOK 99-01 | PAGE 146 |
| FILED PORT NEW ORLEANS, LA. | | DATE 1-14-99 | | TIME 1:27 PM | | DATE TERMINATED ---- |
| GRANTOR | C.S.I. HYDROSTATIC TESTERS | | | | | |
| GRANTEE | HELLER FINANCIAL LEASING, INC. 500 WEST MONROE ST., STE 1600 CHICAGO, ILL 60661 | | | | | |
| INSTRUMENT | % CONVEYED | DATE | AMOUNT | | BOOK | PAGE |
| FILED PORT | | DATE | | TIME | | DATE TERMINATED |
| GRANTOR | | | | | | |
| GRANTEE | | | | | | |
| INSTRUMENT | % CONVEYED | DATE | AMOUNT | | BOOK | PAGE |
| FILED PORT | | DATE | | TIME | | DATE TERMINATED |
| GRANTOR | | | | | | |
| GRANTEE | | | | | | |
| INSTRUMENT | % CONVEYED | DATE | AMOUNT | | BOOK | PAGE |
| FILED PORT | | DATE | | TIME | | DATE TERMINATED |
| GRANTOR | | | | | | |
| GRANTEE | | | | | | |

☐ ISSUED AS AN ABSTRACT OF TITLE          ☐ ISSUED FOR CHANGE OF PORT OF RECORD

DATE:                TIME:

PORT:                PAGE       OF        _____
                                                DOCUMENTATION OFFICER

PREVIOUS EDITION OBSOLETE          *U.S. Government Printing Office: 1992 — 312-673/62947          SN 7530-01-GF3-2260

| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD CG-1332A (REV. 9-92) | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 3 | | | OFFICIAL NO. 586067 | |
|---|---|---|---|---|---|
| INSTRUMENT AGPM | % CONVEYED 100 | DATE 1-21-99 | AMOUNT ---- | BOOK 99-01 | PAGE 177 |
| FILED PORT NEW ORLEANS, LA. | | DATE 1-26-99 | TIME 10:32 AM | DATE TERMINATED ---- | |
| GRANTOR | REFERS TO: BOOK 97-56, PAGE 98 JOINT ENERGY DEVELOPMENT INVESTMENTS LIMITED PARTNERSHIP | | | | |
| GRANTEE | JOINT ENERGY DEVELOPMENT INVESTMENTS II LIMITED PARTNERSHIP 1400 SMITH ST 28TH FL HOUSTON, TX 77002 | | | | |
| INSTRUMENT AGPM | % CONVEYED 100 | DATE 1-13-99 | AMOUNT ---- | BOOK 99-01 | PAGE 179 |
| FILED PORT NEW ORLEANS, LA. | | DATE 1-14-99 | TIME 1:27 PM | DATE TERMINATED ---- | |
| GRANTOR | REFERS TO: BOOK 97-56 PAGE 98 JOINT ENERGY DEVELOPMENT INVESTMENTS II LIMITED PARTNERSHIP | | | | |
| GRANTEE | HELLER FINANCIAL LEASING, INC. 500 WEST MONROE ST STE 1600 CHICAGO, IL 60661 | | | | |
| INSTRUMENT PM | % CONVEYED 100 | DATE 4 13 99 | AMOUNT $20,000,000.00 | BOOK 99-42 | PAGE 337 |
| FILED PORT NVDC | | DATE 4 23 99 | TIME 10 21 AM | DATE TERMINATED - - - | |
| GRANTOR | CSI HYDROSTATIC TESTERS INC | | | | |
| GRANTEE | JOINT ENERGY DEVELOPMENT INVESTMENTS II LIMITED PARTNERSHIP 1400 SMITH STREET SUITE 2800 HOUSTON TX 77002 | | | | |
| INSTRUMENT AMPM | % CONVEYED 100 | DATE 11 17 99 | AMOUNT $37,301,656.00 | BOOK 99-128 | PAGE 157 |
| FILED PORT NVDC | | DATE 11 22 99 | TIME 10 50 AM | DATE TERMINATED - - - | |
| GRANTOR | REFERS TO BOOK 99-01 PAGE 146 C.S.I. HYDROSTATIC TESTERS INC | | | | |
| GRANTEE | HELLER FINANCIAL LEASING INC 500 W MONROE ST SUITE 1600 CHICAGO IL 60661 | | | | |

☐ ISSUED AS AN ABSTRACT OF TITLE          ☐ ISSUED FOR CHANGE OF PORT OF RECORD

DATE:                    TIME:

PORT:                    PAGE      OF                    DOCUMENTATION OFFICER

PREVIOUS EDITION OBSOLETE    *U.S. Government Printing Office: 1992 — 312-673/62947    SN 7530-01-GF3-2260

| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD CG-1332A (Rev. 6-93) | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 4 | | | | OFFICIAL NO. 586067 |
|---|---|---|---|---|---|
| INSTRUMENT AGPM | % CONVEYED 100 | DATE 02 09 00 | AMOUNT - | BOOK 00-15 | PAGE 345 |
| FILED PORT NVDC | | DATE 02 11 00 | TIME 10 33 AM | DATE TERMINATED - - - | |
| GRANTOR REFERS TO BOOK 99-42, PAGE 337 JOINT ENERGY DEVELOPMENT INVESTMENTS II LP | | | | | |
| GRANTEE ENA CLO I HOLDING COMPANY I L.P. 1400 SMITH ST, HOUSTON TX  77002 | | | | | |
| INSTRUMENT CL | % CONVEYED 100 | DATE 2 8 00 | AMOUNT $500.00 | BOOK 00-22 | PAGE 63 |
| FILED PORT NVDC | | DATE 2 22 00 | TIME 7 30AM | DATE TERMINATED - - - | |
| GRANTOR NA | | | | | |
| GRANTEE CLAIMANT: UNITED STATES COAST GUARD MLC PACIFIC (1C) COAST GUARD ISLAND BLDG 54E ALAMEDA CA 94501 | | | | | |
| INSTRUMENT AMPM | % CONVEYED 100 | DATE 06/15/00 | AMOUNT --- | BOOK 00-63 | PAGE 541 |
| FILED PORT NVDC | | DATE 06/19/00 | TIME 10:42 AM | DATE TERMINATED --- | |
| GRANTOR C.S.I. HYDROSTATIC TESTERS,INC(REFERS TO BK PM-99-01 PG-146 & BK PM-99-128 PG-157) | | | | | |
| GRANTEE HELLER FINANCIAL LEASING, INC 500 WEST MONROE STREET, SUITE 1600 CHICAGO, IL 60661 | | | | | |
| INSTRUMENT SCL | % CONVEYED 100% | DATE 1/29/01 | AMOUNT $500.00 | BOOK 01-17 | PAGE 469 |
| FILED PORT NVDC | | DATE 2/5/01 | TIME 7:20 AM | DATE TERMINATED -- | |
| GRANTOR CLAIMANT:  UNITED STATED COAST GUARD | | | | | |
| GRANTEE NA | | | | | |

☐ ISSUED AS AN ABSTRACT OF TITLE          ☐ ISSUED FOR CHANGE OF PORT OF RECORD

DATE:                    TIME:

PAGE:         OF         PORT:                    _____
                                                  DOCUMENTATION OFFICER

PREVIOUS EDITION MAY BE USED

| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD CG-1332A (Rev. 6-93) | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 5 | | | | | OFFICIAL NO. 586067 |
|---|---|---|---|---|---|---|
| INSTRUMENT -- | % CONVEYED -- | DATE -- -- -- | | AMOUNT -- | BOOK -- | PAGE -- |
| FILED PORT -- | | DATE -- -- -- | | TIME -- -- -- | | DATE TERMINATED -- -- -- |
| GRANTOR ORDER OF THE U.S. BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIV, CASE #00-35702-H4-7 PRESENTED TO EVIDENCE VSL SOLD FREE & CLEAR OF ALL LIENS AND ENCUMBRANCES ||||||| 
| GRANTEE NA |||||||
| INSTRUMENT BS | % CONVEYED 100 | DATE 01 16 01 | | AMOUNT $300,000.00 | BOOK 01-17 | PAGE 470 |
| FILED PORT NVDC | | DATE 01 30 01 | | TIME 10 54 AM | | DATE TERMINATED -- -- -- |
| GRANTOR ROBBYE R WALDRON AS TRUSTEE OF THE CHAPTER 7 BANKRUPTCY ESTATE OF CSI HYDROSTATIC TESTERS INC |||||||
| GRANTEE OCEAN RUNNER MARINE INC |||||||
| INSTRUMENT PM | % CONVEYED 100 | DATE 01 12 01 | | AMOUNT $50,000,000.00 | BOOK 01-17 | PAGE 471 |
| FILED PORT NVDC | | DATE 01 30 01 | | TIME 10 54 AM | | DATE TERMINATED -- -- -- |
| GRANTOR OCEAN RUNNER MARINE INC |||||||
| GRANTEE IBERIABANK PINHOOK BRANCH, 2110 W PINHOOK RD, LAFAYETTE, LA 70508 |||||||
| INSTRUMENT CL | % CONVEYED - | DATE 10 08 01 | | AMOUNT $36,184.35 | BOOK 01-118 | PAGE 177 |
| FILED PORT NVDC | | DATE 10 15 01 | | TIME 12 10 PM | | DATE TERMINATED - |
| GRANTOR NA |||||||
| GRANTEE CLAIMANT: DIAMOND B INDUSTRIES LLC    PO DRAWER 10310 NEW IBERIA LA 70562-0310 |||||||

☐ ISSUED AS AN ABSTRACT OF TITLE        ☐ ISSUED FOR CHANGE OF PORT OF RECORD

DATE:            TIME:

PAGE:    OF      PORT:

DOCUMENTATION OFFICER

PREVIOUS EDITION MAY BE USED

| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD CG-1332A (Rev. 6-93) | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 6 | | | | OFFICIAL NO. 586067 |
|---|---|---|---|---|---|
| INSTRUMENT CL | % CONVEYED — | DATE 10 08 01 | AMOUNT $3,703.26 | BOOK 01-118 | PAGE 178 |
| FILED PORT NVDC | | DATE 10 15 01 | TIME 12 10 PM | | DATE TERMINATED – – – |
| GRANTOR NA | | | | | |
| GRANTEE CLAIMANT: DIAMOND B MARINE SERVICE INC PO DRAWER 10310 NEW IBERIA LA 70562-0310 | | | | | |

(remaining entries blank, crossed out with diagonal line)

☐ ISSUED AS AN ABSTRACT OF TITLE    ☐ ISSUED FOR CHANGE OF PORT OF RECORD

DATE:           TIME:

PAGE:    OF    PORT:

DOCUMENTATION OFFICER

PREVIOUS EDITION MAY BE USED

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. COAST GUARD<br>CG - 1332 | GENERAL INDEX OR ABSTRACT OF TITLE<br>CONTINUATION SHEET NO. 7 || Official No.<br>586067 |
|---|---|---|---|

| | INSTRUMENT TYPE<br>**BILL OF SALE** |||
|---|---|---|---|
| % CONVEYED<br>100 | DATE OF INSTRUMENT<br>**JANUARY 13, 2004** | AMOUNT<br>**$1.00** | BATCH<br>**190266** | DOC ID<br>**1664917** |
| DATE FILED<br>**JANUARY 13, 2004** | TIME FILED<br>**2:54 PM** || STATUS<br>**RECORDED** ||
| SELLER<br>OCEAN RUNNER MARINE INC |||||
| BUYER<br>MARINE MANAGEMENT CONTRACTORS INC |||||

| DISCHARGED<br>**YES** | INSTRUMENT TYPE<br>**PREFERRED MORTGAGE** ||||
|---|---|---|---|---|
| % CONVEYED<br>100 | DATE OF INSTRUMENT<br>**JANUARY 12, 2004** | AMOUNT<br>**$1,665,000.00** | BATCH<br>**190266** | DOC ID<br>**1664918** |
| DATE FILED<br>**JANUARY 13, 2004** | TIME FILED<br>**2:54 PM** || STATUS<br>**RECORDED** ||
| MORTGAGOR<br>MARINE MANAGEMENT CONTRACTOR INC |||||
| MORTGAGEE<br>CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203 |||||

| | INSTRUMENT TYPE<br>**SATISFACTION OF MORTGAGE** |||
|---|---|---|---|
| % CONVEYED<br>100 | DATE OF INSTRUMENT<br>**JANUARY 16, 2004** | AMOUNT<br>**$50,000,000.00** | BATCH<br>**BK 04-13** | DOC ID<br>**699** |
| DATE FILED<br>**JANUARY 21, 2004** | TIME FILED<br>**10:08 AM** || STATUS<br>**RECORDED** ||
| GRANTOR<br>IBERIABANK |||||
| GRANTEE<br>OCEAN RUNNER MARINE INC |||||

| | INSTRUMENT TYPE<br>**SATISFACTION OF CLAIM OF LIEN** |||
|---|---|---|---|
| % CONVEYED<br>100 | DATE OF INSTRUMENT<br>**DECEMBER 10, 2003** | AMOUNT<br>**$3,703.26** | BATCH<br>**BK 04-13** | DOC ID<br>**700** |
| DATE FILED<br>**JANUARY 15, 2004** | TIME FILED<br>**10:05 AM** || STATUS<br>**RECORDED** ||
| GRANTOR<br>CLAIMANT: DIAMOND "B" MARINE SERVICES INC<br>PO BOX 10310<br>NEW IBERIA, LA 70562-0310 |||||

| DISCHARGED<br>**YES** | INSTRUMENT TYPE<br>**NOTICE OF CLAIM OF LIEN** ||||
|---|---|---|---|---|
| % CONVEYED<br>100 | DATE OF INSTRUMENT<br>**MAY 20, 2004** | AMOUNT<br>**$2,151.72** | BATCH<br>**244815** | DOC ID<br>**2198660** |
| DATE FILED<br>**MAY 21, 2004** | TIME FILED<br>**9:55 AM** || STATUS<br>**RECORDED** ||
| CLAIMANT<br>POWER SPECIALTIES INC<br>325 CHENNAULT STREET<br>MORGAN CITY LA 70380 |||||

This space intentionally left blank

| DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG - 1332 | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 8 | | | Official No. 586067 |
|---|---|---|---|---|
| **DISCHARGED** YES | **INSTRUMENT TYPE** NOTICE OF CLAIM OF LIEN | | | |
| **% CONVEYED** 100 | **DATE OF INSTRUMENT** JANUARY 23, 2004 | **AMOUNT** $217,263.31 | **BATCH** 196616 | **DOC ID** 1716380 |
| **DATE FILED** JANUARY 30, 2004 | **TIME FILED** 1:00 PM | | **STATUS** RECORDED | |
| **CLAIMANT** BOLLINGER SHIPYARDS LOCKPORT LLC 8365 HIGHWAY 308 SOUTH PO BOX 250 LOCKPORT LA 70374 | | | | |
| **DISCHARGED** YES | **INSTRUMENT TYPE** NOTICE OF CLAIM OF LIEN | | | |
| **% CONVEYED** 100 | **DATE OF INSTRUMENT** OCTOBER 27, 2005 | **AMOUNT** $957.07 | **BATCH** 425337 | **DOC ID** 4480627 |
| **DATE FILED** NOVEMBER 04, 2005 | **TIME FILED** 8:20 AM | | **STATUS** RECORDED | |
| **CLAIMANT** BOLLINGER SHIPYARDS LOCKPORT LLC PO BOX 250 LOCKPORT LA 70374 | | | | |
| | **INSTRUMENT TYPE** NOTICE OF CLAIM OF LIEN | | | |
| **% CONVEYED** 100 | **DATE OF INSTRUMENT** OCTOBER 27, 2005 | **AMOUNT** $1,647.84 | **BATCH** 425337 | **DOC ID** 4480623 |
| **DATE FILED** NOVEMBER 04, 2005 | **TIME FILED** 8:20 AM | | **STATUS** RECORDED | |
| **CLAIMANT** BOLLINGER FOURCHON LLC 103 NORMAN DOUCET DR GOLDEN MEADOW LA 70357 | | | | |
| **DISCHARGED** YES | **INSTRUMENT TYPE** NOTICE OF CLAIM OF LIEN | | **REFERS TO:** FAX FILING | |
| **% CONVEYED** | **DATE OF INSTRUMENT** OCTOBER 2, 2007 | **AMOUNT** $43,955.89 | **BATCH** 607816 | **DOC ID** 7858669 |
| **DATE FILED** OCTOBER 08, 2007 | **TIME FILED** 3:59 PM | | **STATUS** RECORDED | |
| **CLAIMANT** SEACRAFT SHIPYARD CORPORATION 3820 LAKE PALOURDE RD AMELIA LA 70340-1550  PER NOTICE OF CLAIM OF LIEN, LIEN ESTABLISHED ON 8-8-2007 | | | | |
| **DISCHARGED** YES | **INSTRUMENT TYPE** AMENDMENT TO NOTICE OF CLAIM OF LIEN | | **REFERS TO:** BATCH: 607816 DOC ID: 7858669 | |
| **% CONVEYED** | **DATE OF INSTRUMENT** NOVEMBER 27, 2007 | **AMOUNT** $49,660.96 | **BATCH** 614692 | **DOC ID** 8084221 |
| **DATE FILED** NOVEMBER 29, 2007 | **TIME FILED** 5:44 PM | | **STATUS** RECORDED | |
| **CLAIMANT** SEACRAFT SHIPYARD CORPORATION | | | | |

**STATUS:** ON RECORD

Vessel Name Changed to: BRAVE (7-30-08)

This space intentionally left blank

| DEPARTMENT HOMELAND SECURITY U.S. COAST GUARD CG - 1332 | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 9 | | | Official No. 586067 |
|---|---|---|---|---|
| | INSTRUMENT TYPE **SATISFACTION OF CLAIM OF LIEN** | | REFERS TO: BATCH: 607816 DOC ID: 7858669 | |
| % CONVEYED **100** | DATE OF INSTRUMENT **MARCH 19, 2009** | AMOUNT **$49,660.96** | BATCH **682531** | DOC ID **10219908** |
| DATE FILED **MARCH 20, 2009** | TIME FILED **10:46 AM** | | STATUS **RECORDED** | |
| CLAIMANT **SEACRAFT SHIPYARD CORPORATION** | | | | |

| | INSTRUMENT TYPE **NOTICE OF CLAIM OF LIEN** | | | |
|---|---|---|---|---|
| % CONVEYED **100** | DATE OF INSTRUMENT **MAY 11, 2009** | AMOUNT **$26,913.45** | BATCH **690404** | DOC ID **10442842** |
| DATE FILED **MAY 11, 2009** | TIME FILED **6:17 PM** | | STATUS **RECORDED** | |
| CLAIMANT **COMAR MARINE CORPORATION PO BOX 1820 AMELIA LA 70340** PER NOTICE OF CLAIM OF LIEN, LIEN ESTABLISHED ON FEBRUARY 1, 2009 | | | | |

| DISCHARGED **YES** | INSTRUMENT TYPE **AMENDMENT TO NOTICE OF CLAIM OF LIEN** | | REFERS TO: DOC ID 10442842 | |
|---|---|---|---|---|
| % CONVEYED **100** | DATE OF INSTRUMENT **MAY 28, 2009** | AMOUNT **$86,509.70** | BATCH **693293** | DOC ID **10525711** |
| DATE FILED **MAY 28, 2009** | TIME FILED **6:44 PM** | | STATUS **RECORDED** | |
| CLAIMANT **COMAR MARINE CORPORATION PO BOX 1820 AMELIA LA 70340** PER NOTICE OF CLAIM OF LIEN, LIEN ESTABLISHED ON FEBRUARY 1, 2009 | | | | |

| | INSTRUMENT TYPE **BILL OF SALE** | | | |
|---|---|---|---|---|
| % CONVEYED **100** | DATE OF INSTRUMENT **JANUARY 18, 2011** | AMOUNT **$340,000.00** | BATCH **782676** | DOC ID **13054752** |
| DATE FILED **JANUARY 20, 2011** | TIME FILED **10:40 AM** | | STATUS **RECORDED** | |
| SELLER **GENNY MAY U S MARSHAL** | | | | |
| BUYER **REC BOATS LLC** | | | | |
| CORRECTION REMARK **CORRECTED AT NVDC (02/10/2011)** Date of Instrument corrected from 01/18/2000 | | | | |

This space intentionally left blank

| DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG - 1332 | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 10 | | Official No. 586067 |
|---|---|---|---|

| INSTRUMENT TYPE | | | |
|---|---|---|---|
| **BILL OF SALE** | | | |
| % CONVEYED: 100 | DATE OF INSTRUMENT: JANUARY 21, 2011 | AMOUNT: $1.00 | BATCH: 784004  DOC ID: 13097434 |
| DATE FILED: JANUARY 31, 2011 | TIME FILED: 9:24 AM | | STATUS: TERMINATED: FEBRUARY 9, 2011 |
| SELLER: REC BOATS LLC | | | |
| BUYER: C & T MARINE LLC | | | |

CLARIFICATION REMARK
   PURSUANT TO 46 USC 31329 THIS SALE IS VOID (BATCH 784004 DOC ID 13097434)

STATUS: ON RECORD
   Court Order dated 12/07/2010 of UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA Case_No. 10-02953. Vessel free and clear of all liens and encumbrances.

STATUS: ON RECORD
   Vessel Name Changed to: M/V BRAVE (02/09/2011)

CORRECTION REMARK
   CORRECTED (02/09/2011)

| INSTRUMENT TYPE | | | |
|---|---|---|---|
| **BILL OF SALE** | | | |
| % CONVEYED: 100 | DATE OF INSTRUMENT: FEBRUARY 11, 2011 | AMOUNT: $1.00 | BATCH: 786706  DOC ID: 13176881 |
| DATE FILED: FEBRUARY 16, 2011 | TIME FILED: 10:23 AM | | STATUS: RECORDED |
| SELLER: REC BOATS LLC | | | |
| BUYER: C&T MARINE LLC | | | |

STATUS: ON RECORD
   Vessel Name Change to: CRAIG MICHAEL (02MAR11)

| DISCHARGED: YES | INSTRUMENT TYPE **PREFERRED MORTGAGE** | | |
|---|---|---|---|
| % CONVEYED: 100 | DATE OF INSTRUMENT: APRIL 11, 2011 | AMOUNT: $50,000,000.00 | BATCH: 797185  DOC ID: 13448709 |
| DATE FILED: APRIL 18, 2011 | TIME FILED: 9:10 AM | | STATUS: RECORDED |
| MORTGAGOR: C & T MARINE LLC | | | |
| MORTGAGEE: MIDSOUTH BANK NA PO BOX 3745 LAFAYETTE LA 70502 | | | |

This space intentionally left blank

| DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG - 1332 | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 11 | | | Official No. 586067 |
|---|---|---|---|---|
| INSTRUMENT TYPE **SATISFACTION OF MORTGAGE** | | | REFERS TO: BATCH: 797185 DOC ID: 13448709 | |
| % CONVEYED **100** | DATE OF INSTRUMENT **DECEMBER 31, 2012** | AMOUNT **$150,000.00** | BATCH **7781300** | DOC ID **9** |
| DATE FILED **JANUARY 07, 2013** | TIME FILED **1:35 PM** | | STATUS **RECORDED** | |
| MORTGAGEE **MIDSOUTH BANK NA** | | | | |
| MORTGAGOR **C & T MARINE LLC** | | | | |
| INSTRUMENT TYPE **BILL OF SALE** | | | | |
| % CONVEYED **100** | DATE OF INSTRUMENT **NOVEMBER 26, 2019** | AMOUNT **$1.00** | BATCH **71714400** | DOC ID **3** |
| DATE FILED **JANUARY 08, 2020** | TIME FILED **10:42 AM** | | STATUS **RECORDED** | |
| SELLER **C & T MARINE LLC** | | | | |
| BUYER **BOGDAN ANDREI BINDEA** | | | | |

STATUS: ON RECORD
VESSEL NAME CHANGED TO: BOB ROUSE (1/15/20)

ISSUED AS AN ABSTRACT OF TITLE AS OF

DATE: 11/25/2020    TIME: 6:00 AM

*Christna G. Washbu* (signature)
DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER