## Tabitha Zollars

| | |
|---|---|
| **From:** | john uhr <johnuhr04@yahoo.com> |
| **Sent:** | Monday, November 30, 2020 9:22 AM |
| **To:** | Claims |
| **Cc:** | john uhr |
| **Subject:** | Fw: BOB ROUSE CASUALTY – Latest Report   POLICY # B5JH04214   ATLANTIC SPECIALTY INS CO |
| **Attachments:** | Invoice HMV Bob Rouse – rescue 11-2020.pdf |

CLAIM INFO

----- Forwarded Message -----
**From:** Vincenzo, Michael <mvincenzo@kingjurgens.com>
**To:** johnuhr04@yahoo.com <johnuhr04@yahoo.com>
**Cc:** King, Spencer <sking@kingjurgens.com>
**Sent:** Tuesday, November 24, 2020, 11:10:12 AM EST
**Subject:** BOB ROUSE CASUALTY - Latest Report

John,

In accordance with your conversation with Spencer King yesterday morning, we write to provide you with the following additional update regarding the incident off the coast of Haiti involving the supply vessel M/V BOB ROUSE. As you are aware, The BOB ROUSE is insured under a marine insuring agreement issued by Atlantic Specialty Insurance Company (Policy No. B5JH04214).  Initially notification of the incident was provided to ASAP Insurance Agency on Thursday, 10/19/20 by undersigned and the insured.  With an additional update on 11/20/20 and 11/23/20.

After the vessel Captain and mechanic on board the BOB ROUSE were interviewed this weekend, and owners have been able to provide the following additional facts about the incident.

- The vessel capsized on late Tuesday night (11/17/20) or early morning on Wednesday (11/18/20). The incident didn't involve any other vessels or property.
- The interviewed crew members have indicated that the vessel capsized upon encountering heavy seas during a scheduled voyage from Port-au-Prince to Mole Saint-Nicolas in Northwest Haiti.
- 7 crew members and no other passengers were on board at time of incident.  The following is the list of crew (all are Haitian citizens):

Crew List:

<div style="border:1px solid black; display:inline-block; padding:8px; text-align:center;">

**EXHIBIT**

**B**

</div>

ASIC 0063

Fleurivil Michelet (Captain)

Cupidon Jean-Harry (Mechanic)

Aretus Asminthe (Crew)

Ciceron Ilionet (Crew)

Mercius Ecsaintil (Crew)

Alcide Wilkenson (Crew) - MISSING

Aretus Exancles (Crew) – MISSING

- The BOB ROUSE was scheduled to arrive in Mole St, Vincent midday on 11/18/20.
- In the evening of 11/18/20, when the BOB ROUSE did not arrive as scheduled, two vessels were sent out to search for her but did not sight her.
- That night, owners chartered a fixed wing aircraft to assist in search operations (night flight was not permitted)
- At first light on 11/19/20 the aircraft was sent out to search for the BOB ROUSE

- The overturned hull of the BOB ROUSE was located by the aircraft in the Canal de Saint-Marc adjacent to Gonave Island on the morning of 11/19/20 with 5 crew present
- Upon sighting the BOB ROUSE, the aircraft landed on Gonave Island and Owners representatives went to the wharf to engage a vessel
- A rescue vessel, carrying owners representatives and the local Director of Haitian Coast Guard, was dispatched from Gonave Island to the BOB ROUSE
- The vessel brought the 5 crew  back to the island.
- Owners then arranged for air medical transport of 3 crew from Gonave Island for medical attention  in Port-au-Prince.

- The 3 crew members treated in hospital were released either on Friday (11/20/20) and/or Saturday (11/21/20)

- 2 crew are still missing (Alcide Wilkenson and Aretus Exancles).
- After capsizing, the BOB ROUSE remained flipped upside down but afloat at the surface of water (a photo is below).
- The insured thereafter had the BOB ROUSE towed to shallow waters off the coast of Gonave Island.
- A copy of the invoice for towing services is attached hereto

ASIC 0064

- The vessel is currently secured near the wharf in the town of Anse A Galet on Gonave Island.
- Although there are limited resources in Haiti, the insured is exploring options to right the vessel.
- The vessel is owned solely by Bogdan (Andy) Bindea.
- The vessel was crewed by a Haitian licensed Captain and Engineer
- The vessel has a current USCG Certificate of Inspection valid through January 31, 2021
- All crew were Haitian citizens
- The vessel had a cargo primarily consisting of concrete and no hazardous material
- The vessel was doing humanitarian work on behalf of Bogdan (Andy) Bindea at the time of incident and was not engaged in commercial activity
- The vessel was lightly loaded with fuel (estimated1500 gallons) at the time of the incident and no substantive marine pollution appears to have occurred
- The owner had been in continued contact with both the Haitian and United States Coast Guard
- The United States Coast Guard has a liaison assigned to Haiti who has been assisting owner

 

      **We believe it is critical that that the insurance carrier be put on immediate notice of the incident**, so that it can: (1) assign legal counsel; and (2) assist in incident response. Accordingly, we ask that you confirm both: (1) receipt of this email and (2) that you have put the carrier on notice of the incident and have forwarded it all information we have provided to you.

      Please don't hesitate to contact my office should you have any additional questions.

Mike Vincenzo

**Michael L. Vincenzo**

*Member*

**King & Jurgens, LLC**

201 St. Charles Ave. | 45th Floor | New Orleans, LA 70170

Direct: 504.582.3810 | Main: 504.582.3800 | Fax: 504.582.1233

MVincenzo@KingJurgens.com | **www.KingJurgens.com**

ASIC 0065

*This e-mail transmission, and any documents, files or e-mail messages attached to it, may contain confidential information that is attorney work product or legally privileged. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify us by telephone at 504-582-3800 (fax 504-582-1233 )immediately, and destroy the original transmission and its attachments without reading them.*

ASIC 0066



## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or

ASIC 0067

taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more <u>Click Here</u>.

ASIC 0068



# MARINETEC S.A
## TOWING & SALVAGE
17-A, Ave Marie Jeanne • Port-au-Prince, Haïti
Tél.: (509) 4416-3273 / 3458-0102

## FACTURE

| Customer Information | |
|---|---|
| **Bogdan Bindea** | |
| bogdan.bindea@gmail.com | **Invoice Number:**   201120-BR |
| +804-754-6607 | **Invoice Date:**   23/11/2020 |

| Description | Prix Unitaire | Montant Total |
|---|---|---|
| Rescue of the HMV BOB ROUSE cap-sized between the point of St. Marc and La Gonave, and towed to Anse a Galet | $        25,000.00 | $        25,000.00 |

MARINETEC S.A
Towing & Salvage
17A Ave MARIE JEANNE
PAP - HAITI
Tel : 509 - 3458 - 0102 / 4416 - 3273

Please make payment by check to Marinetec S.A. or remit payment to:
Sogebank
Angle Rue Pavee et Mgr Guilloux
Swift: SOGHHTPP
Account Name: Marinetec S.A.
Account Number: 61600519

**Total due USD: $        25,000.00**

ASIC 0069



**BOB ROUSE**

ssel    Voyage    **Position**    Port Calls    E







Latitude:    **19.05621**
Longitude:   **-72.8996**

Area:    **Caribbean Sea**

Info received:    **18 Nov 05:15 UTC**

✓  **Access Plus 24** will expire in 18 hours and 8 minutes.  ›

**NEARBY VESSELS**

Status:    **Underway using Engine**

Speed/Course: **4.4 kn / 10°**

AIS Source:    **Satellite**

Wind:    **2 kn**
Wind direction:    **18° NNE**
Temperature:    **26°C**





TRACK    LOCATION    MY FLEET    NOTIFICATIONS    PHOTO

ASIC 0070



ASIC 0071



**REPUBLICA DE CUBA**
REPUBLIC OF CUBA

**INSTITUTO MARITIMO PESQUERO "ANDRES GONZALEZ LINES"**
"ANDRES GONZALEZ LINES" FISHING AND MARITIME INSTITUTE

# CERTIFICADO

## CERTIFICATE

**EXPEDIDO EN VIRTUD DE LO DISPUESTO EN EL CONVENIO INTERNACIONAL SOBRE NORMAS DE FORMACION.**
Issued under the provisions of the International Convention on Standards of Training.

**TITULACION Y GUARDIA PARA LA GENTE DE MAR, 1978, EN SU FORMA ENMENDADA EN 1995**
Certification and Watchkeeping for Seafarers, 1978, as amended in 1995

**EL GOBIERNO DE LA REPUBLICA DE CUBA OTORGA EL PRESENTE CERTIFICADO Nº** 01-020
The Goverment of the Republic of Cuba grants this present CERTIFICATE Nº

**A FAVOR DE**     *MICHELET FLEURIVIL*
in favour of

**A QUIEN SE CONSIDERA PLENAMENTE COMPETENTE DE CONFORMIDAD CON LO DISPUESTO EN LA**
Who has been found duly qualified in accordance with provisions of

**REGLA**     $VI$-$1$     **DEL CONVENIO ARRIBA INDICADO EN**
regulation     of the above Convention

*PREVENCION DE LA CONTAMINACION MARINA* / MARINE POLLUTION PREVENTION

**FECHA DE EXPEDICION:** 27-6-03
Date of issue

FIRMA DEL DIRECTOR
Signature of the Principal

**REGISTRADO/Recorded in**     IMP     **TOMO/Book** 11     **FOLIO/Folio** 46     **EXPTE./File** 01-020

ASIC 0072



**República de Cuba**

**Ministerio de Educación**

INSTITUTO MARITIMO PESQUERO " ANDRES GONZALEZ LINES "

**Se otorga a:**  MICHELET FLEURIVIL

**el presente diploma de:**

OBRERO CALIFICADO

PATRÓN DE ALTURA

**en virtud de haber cursado y aprobado los estudios correspondientes al nivel**

**medio básico de la Educación**    TECNICA Y PROFESIONAL    **y cumplido**

**los demás requisitos que se establecen.**

**Y para que pueda hacerlo constar a todos los efectos se expide este documento**

**en** _____MARIEL_____ , ___LA HABANA___ **a** _27_ **de** _JUNIO_ **de 19** 2003

Patgo Isa? Sea Gonzalez
**Director**

Vto. Bno.
JOSE MANUEL LLERA GARCIA
**Director PROVINCIAL de Educación**

Pedro Emilio Valladares Ajoy
Secretario

**Registrado al tomo** __II__ **folio** __46__ **número** __01-020__ **del Registro de Matrícula y Graduados del Centro**

**Registrado al tomo** __II__ **folio** __4__ **número** __02-074__ **del Registro de Títulos y Diplomas de la Dirección PROVINCIAL de Educación**

ASIC 0073



**República de Cuba**

**Ministerio de Educación**

INSTITUTO MARITIMO PESQUERO " ANDRES GONZALEZ LINES "

Se otorga a:   *MICHELET FLEURIVIL*

el presente diploma de:   *OBRERO CALIFICADO*

*PATRÓN DE ALTURA*

en virtud de haber cursado y aprobado los estudios correspo dientes al nivel

medio básico de la Educación   *TECNICA Y PROFESIONAL*   y cumplido

los demás requisitos que se establecen.

Y para que pueda hacerlo constar a todos los efectos se expid  este documento

en ___ *MARIEL* ___ , ___ *LA HABANA* ___ a  27  de  *JUNIO*  de 19  2003

Patr o Isaac Ser Fornález
**Director**

Vto. Bno.
JOSE MANUEL LLERA GARCIA
**Director** *PROVINCIAL* de Educación

edro P lla Valladares Ajoy
Secr ta io

Registrado al tomo ___ *II* ___ folio ___ *48* ___ número ___ *01-020* ___ del **Registro de Matrícula y Gra uados del C nt o**

Registrado al tomo ___ *II* ___ folio ___ *4* ___ número *02-074* del **Registro de Títulos y Diplo as de la Dir cc n** *PROVINCIAL* **de Educación**

ASIC 0074





RÉPUBLIQUE D'HAITI

## Service Maritime et de Navigation d Haïti
### SEMANAH

# PERMIS DE CABOTAGE

Délivré en fonction du code maritime en vigueur ( moniteur du 27 novembre 2017, 172$^{ème}$ année numéro spécial # 40), au nom du Gouvernement de la République d'Haïti, par le Service Maritime et de Navigation d'Haïti, Dérogations sont faites audit navire.

N.B  Toute violation des lois en vigueur entraine le retrait  des dites dérogations

## IDENTIFICATION DU NAVIRE

1. Nom du Navire              : **BOB ROUSE**
2. **Pavillon**               : **AMERICAIN**
3. Type du Navire             : **COMMERCE**
4. **Numéro OMI**             : 39
5. Numéro d'enregistrement    : 586067
6. Genre de Navigation        : **COMMERCE**
7. Catégorie de Navigation    : 3$^{ème}$
8. **Lieu et date de Construction** : **USA, 1977**

## CARACTERISTIQUES PRINCIPALES

| | | | | |
|---|---|---|---|---|
| 8. Longueur | : **83 m 5** | | 9. Jauge Nette | : **60** |
| 10. Jauge Brute | : **89** | | 11. Nombre de pont | : **1** |
| 12. Matériau coque | : **Acier** | | 13. Mode de Propulsion | : **mécanique** |
| 14. Type de moteurs | : **Diesel** | | 15. Marque du moteur | : **GM** |
| | | | Séries | : |
| 16. Largeur | : **24m** | | | |
| 17. Nombre de moteurs: **1** | | | | |
| 18. Creux | : **7 m** | | | |

## IDENTIFICATION DU PROPRIÉTAIRE

19. Nom du Propriétaire: BOGDAN ANDREI BINDEA
20. Adresse , 1065 Tilman RD. Charlotte  W. Ville VA, USA
Tel: (509) 3881-6391

Port-au-Prince, le **25  Juin 2020**
Valide jusqu'au **24 Juin 2021**



ASIC 0075



**REPUBLICA DE CUBA**
**REPUBLIC OF CUBA**

**INSTITUTO MARITIMO PESQUERO "ANDRES GONZALEZ LINES"**
**"ANDRES GONZALEZ LINES" FISHING AND MARITIME INSTITUTE**

# CERTIFICADO
## CERTIFICATE

EXPEDIDO EN VIRTUD DE LO DISPUESTO EN EL CONVENIO INTERNACIONAL SOBRE NORMAS DE FORMACION,
Issued under the provisions of the International Convention on Standards of Training,

TITULACION Y GUARDIA PARA LA GENTE DE MAR. 1978, EN SU FORMA ENMENDADA EN 1995
Certification and Watchkeeping for Seafarers, 1978, as amended in 1995

EL GOBIERNO DE LA REPUBLICA DE CUBA OTORGA EL PRESENTE CERTIFICADO Nº 01-020
The Government of the Republic of Cuba grants this present CERTIFICATE Nº

**A FAVOR DE:**    *MICHELET FLEURIVIL*
in favour of:

A QUIEN SE CONSIDERA PLENAMENTE COMPETENTE DE CONFORMIDAD CON LO DISPUESTO EN LA
Who has been found duly qualified in cordance with provisions of

**REGLA**    *VI-1*    DEL CONVENIO ARRIBA INDICADO EN
regulation            of the above Convention

*INGLES PARA MARINEROS / ENGLISH FOR SEAMEN PRELIMINARY COURSE*

**FECHA DE EXPEDICION:** *27-6-03*
Date of issue:

FIRMA DEL DIRECTOR
Signature of the Principal

**REGISTRADO/Recorded in**    *IMP*   TOMO/Book   *II*    FOLIO/Folio   *46*    EXPTE/File   *01-020*

ASIC 0076



**REPUBLICA DE CUBA**
**REPUBLIC OF CUBA**

**INSTITUTO MARITIMO PESQUERO "ANDRES GONZALEZ LINES"**
**"ANDRES GONZALEZ LINES" FISHING AND MARITIME INSTITUTE**

# CERTIFICADO

## C E R T I F I C A T E

**EXPEDIDO EN VIRTUD DE LO DISPUESTO EN EL CONVENIO INTERNACIONAL SOBRE NORMAS DE FORMACION,**
Issued under the provisions of the International Convention on Standards of Training.

**TITULACION Y GUARDIA PARA LA GENTE DE MAR, 1978, EN SU FORMA ENMENDADA EN 1995**
Certification and Watchkeeping for Seafarers, 1978, as amended in 1995

**EL GOBIERNO DE LA REPUBLICA DE CUBA OTORGA EL PRESENTE CERTIFICADO Nº** 01-020
The Goverment of the Republic of Cuba grants this present CERTIFICATE Nº

**A FAVOR DE:**
in favour of         *MICHELET FLEURIVIL*

**A QUIEN SE CONSIDERA PLENAMENTE COMPETENTE DE CONFORMIDAD CON LO DISPUESTO EN LA**
Who has been found duly qualified in accordance with provisions of

**REGLA**          $VI-1$          **DEL CONVENIO ARRIBA INDICADO EN**
regulation                         of the above Convention

*PREVENCION DE LA CONTAMINACION MARINA / MARINE POLLUTION PREVENTION*

**FECHA DE EXPEDICION:** 27-6-03
Date of issue

**FIRMA DEL DIRECTOR**
Signature of the Principal

**REGISTRADO/Recorded in**     IMP  **TOMO/Book** II     **FOLIO/Folio** 46     **EXPT:/File** 01-020

ASIC 0077



**RÉPUBLIQUE D'HAÏTI**

# SERVICE MARITIME ET DE NAVIGATION D'HAÏTI

# S E M A N A H



## LIVRET PROFESSIONNEL MARITIME

Nom : ........ *FLEURIVIL* ......................................

Prénom : ... *MICHELET* ......................................

Nationalité : ... *HAITIENNE* ...............................

Fonction : .... *CAPITAINE* ...................................

Signalement :

Yeux : ...Noirs...............

Cheveux : ..Noirs...........

Taille : ......1 m 70...........

Signe particuliers : ..NEANt

..............................................

..............................................



Sceau de la
Représentation

Signature du Titulaire

ASIC 0079

Nom : FLEURIVIL

Prénom : MICHELET

Né le : 16 décembre 1976

A : St MARC

Groupe Sanguin : O+

Représentation : PORT - au - PRINCE

Numéro d'identification : 20 - 12 E 76 - 1143

Domicile : MÔLE St NiCOLAS

Etat Civil : MARIÉ

Enfants : 4

Date d'Emission : 26 MAi 2020

Date d'Expiration : 25 MAi 2021

L'autorité Maritime

ASIC 0080



# ST LUKE FAMILY HOSPITAL

Tabarre 27, Rue A. Pierre Paul, Château Blond
Tels: (509) 2942-4616

# Certificat médical

# Dossier: 104-535

A qui de droit

Par la présente, la direction médicale de l'hôpital St Luc certifie et atteste que M. Jean Harry CUPIDON agé de 42 ans a été admis au service des urgences de ce dit hôpital  du 19 au 20 novembre 2020 pour:

- Douleur lombaire
- Faiblesse généralisée

Suite au naufrage du bateau dans lequel il  voyageait.

Après les examens cliniques et paracliniques réalisés, le diagnostic suivant a été retenu:

- **CONTUSION DES PARTIES MOLLES AU NIVEAU LOMBAIRE ET HYPOGLYCÉMIE CHEZ NAUFRAGÉ.**

Ce certificat médical  est delivré sur demande de M.Jean Harry CUPIDON, pour servir et valoir ce que de droit.

Fait à Tabarre le 23 novembre 2020

Pour la direction médicale:

Dr Lovely Nathalie COLAS, Interniste

Directrice médicale

ASIC 0081



# ST LUKE FAMILY HOSPITAL

*Tabarre 27, Rue A. Pierre Paul, Château Blond*
*Tels: (509) 2942-4616*

# Certificat médical

# Dossier: 104-536

A qui de droit

Par la présente, la direction médicale de l'hôpital St Luc certifie et atteste que M. Michelet FLEURIVIL agé de 44 ans a été admis au service des urgences de ce dit hôpital du 19 au 20 novembre 2020 pour:

- Myalgia diffuse
- Plaies dissemineés sur tout le corps

Suite au naufrage du bateau dans lequel il voyageait.

Après les examens cliniques et paracliniques réalisés, le diagnostic suivant a été retenu:

- **MULTIPLE CONTUSIONS DES PARTIES MOLLES, PLAIES ABRASIVES DISSÉMINÉES SUR TOUT LE CORPS ET HYPOGLYCÉMIE CHEZ NAUFRAGÉ.**

Ce certificat médical est delivré sur demande de M. Michelet FLEURIVIL, pour servir et valoir ce que de droit.

Fait à Tabarre le 23 novembre 2020

Pour la direction médicale:

Dr Lovely Nathalie COLAS, internisté

Directrice médicale

ASIC 0082



# ST LUKE FAMILY HOSPITAL

*Tabarre 27, Rue A. Pierre Paul, Château Blond*
*Tels: (509) 2942-4616*

# Certificat médical

\# Dossier: 104-537

A qui de droit

Par la présente, la direction médicale de l'hôpital St Luc certifie et atteste que M. Ecsaintil MERCIUS agé de 46 ans a été admis au service des urgences de ce dit hôpital  du 19 au 20 novembre 2020 pour:

- Douleur au niveau du visage et de la colonne dorsale
- Faiblesse généralisée

Suite au naufrage du bateau dans lequel il  voyageait.

Après les examens cliniques et paracliniques réalisés, le diagnostic suivant a été retenu:

- **ENTORSE GRADE I DE LA COLONNE DORSALE ET HYPOGLYCÉMIE CHEZ NAUFRAGÉ**

Ce certificat médical  est delivré sur demande de M. Ecsaintil MERCIUS, pour servir et valoir ce que de droit.

Fait à Tabarre le 23 novembre 2020

Pour la direction médicale:

Dr Lovely Nathalie COLAS, interniste

Directrice médicale

ASIC 0083



# ST LUKE FAMILY HOSPITAL

*Tabarre 27, Rue A. Pierre Paul, Château Blond*
*Tels: (509) 2942-4616*

# Certificat médical

# Dossier: 104-558

A qui de droit

Par la présente, la direction médicale de l'hôpital St Luc certifie et atteste que M. Ilionel CICERON agé de 34 ans a été vu au service des urgences de ce dit hôpital  le 20 novembre 2020 pour:

- Myalgie
- Plaies au niveau des membres inférieurs

Suite au naufrage du bateau dans lequel il  voyageait.

Après les examens cliniques et paracliniques réalisés, le diagnostic suivant a été retenu:

- **CONTUSION DES PARTIES ET PLAIES ABRASIVES DES MEMBRES INFÉRIEURS CHEZ NAUFRAGÉ**

Ce certificat médical  est delivré sur demande de M. Ilionel CICERON, pour servir et valoir ce que de droit.

Fait à Tabarre le 23 novembre 2020

Pour la direction médicale:

Dr Lovely Nathalie COLAS, interniste

Directrice médicale

ASIC 0084



# ST LUKE FAMILY HOSPITAL

*Tabarre 27, Rue A. Pierre Paul, Château Blond*
*Tels: (509) 2942-4616*

# Certificat médical

# Dossier: 104-559

A qui de droit

Par la présente, la direction médicale de l'hôpital St Luc certifie et atteste que M. Asminth ARETUS agé de 29 ans a été vu au service des urgences de ce dit hôpital le 20 novembre 2020 pour:

- Douleur lombaire et thoracique
- Céphalée
- Frisson

Suite au naufrage du bateau dans lequel il voyageait.

Après les examens cliniques et paracliniques réalisés, le diagnostic suivant a été retenu:

- **CONTUSION DES PARTIES MOLLES AU NIVEAU LOMBAIRE ET THORACIQUE CHEZ NAUFRAGÉ**

Ce certificat médical est delivré sur demande de M. Asminth ARETUS, pour servir et valoir ce que de droit.

Fait à Tabarre le 23 novembre 2020

Pour la direction médicale:

Dr Lovely Nathalie COLAS, interniste

Directrice médicale

ASIC 0085



# MARINETEC S.A
## TOWING & SALVAGE
17-A, Ave Marie Jeanne • Port-au-Prince, Haïti
Tél.: (509) 4416-3273 / 3458-0102

## Quotation

| Customer Information | | |
|---|---|---|
| **Bogdan Bindea** | **Invoice Number:** | 201120-BR |
| bogdan.bindea@gmail.com | **Invoice Date:** | 23/11/2020 |
| +804-754-6607 | | |

| Description | Prix Unitaire | Montant Total |
|---|---|---|
| Towing of the HMV BOB ROUSE in its current position (cap-sized), from Anse a Galet, La Gonave to St. Marc | $ 20,000.00 | $ 20,000.00 |
| Operation to turn over the vessel in St. Marc | $ 12,000.00 | $ 12,000.00 |

| | | |
|---|---|---|
| Please make payment by check to Marinetec S.A. or remit payment to: Sogebank | **Sub-Total USD: $** | **32,000.00** |
| Angle Rue Pavee et Mgr Guilloux Swift: SOGHHTPP | **Discount (15%):** | $ 4,800.00 |
| Account Name: Marinetec S.A. Account Number: 61600519 | **TOTAL USD:** | $ 27,200.00 |

ASIC 0086