DHS, USCG, CG-1270 (REV. 06-04)



# UNITED STATES OF AMERICA

OMB APPROVED
1625-0027

## DEPARTMENT OF HOMELAND SECURITY
## UNITED STATES COAST GUARD

### NATIONAL VESSEL DOCUMENTATION CENTER

# CERTIFICATE OF DOCUMENTATION

| VESSEL NAME | OFFICIAL NUMBER | IMO OR OTHER NUMBER | YEAR COMPLETED |
|---|---|---|---|
| BOB ROUSE | 586067 | 39 | 1977 |

| HAILING PORT | HULL MATERIAL | MECHANICAL PROPULSION |
|---|---|---|
| FT LAUDERDALE FL | STEEL | YES |

| GROSS TONNAGE | NET TONNAGE | LENGTH | BREADTH | DEPTH |
|---|---|---|---|---|
| 89 GRT | 60 NRT | 83.5 | 24.0 | 7.0 |

**PLACE BUILT**
BAYOU LA BATRE AL

| OWNERS | OPERATIONAL ENDORSEMENTS |
|---|---|
| BOGDAN ANDREI BINDEA | COASTWISE REGISTRY |

**MANAGING OWNER**
BOGDAN ANDREI BINDEA
1065 TILMAN RD
CHARLOTTESVILLE VA 22901

**RESTRICTIONS**
NONE

**ENTITLEMENTS**
NONE

**REMARKS**
NONE

**ISSUE DATE**
JANUARY 15, 2020

**THIS CERTIFICATE EXPIRES**
JANUARY 31, 2021

*Christna G. Walden* (signature)
DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER

5705715524I9

PREVIOUS EDITION OBSOLETE. THIS CERTIFICATE MAY NOT BE ALTERED

**EXHIBIT C**

ASIC 0087