Marine Division

**DONE RIGHT.**

December 11, 2019

Inspection – Ascertain
Condition & Valuation

as of
December 5, 2019
**SURVEY REPORT NO. <u>11-2019-0481</u>**



### M/V "BOB ROUSE"

**THIS IS TO CERTIFY** that on December 5, 2019, the undernamed attending Marine Surveyors performed as Inspection, Ascertain, Condition and Valuation Survey on the *M/V "Bob Rouse"*, official number: 586067 at the request of Mr. Lee Felterman on behalf of and for the account of Mr. Sam Solberg, in order to survey the subject utility vessel while lying afloat and moored at the C & T Dock located in Grand Isle, Louisiana.

<u>ATTENDING:</u>

- James Bailey-Principal Marine Surveyor of NVI Marine Division

- Jason Ponvelle- Marine Surveyor Assistant.

- Marc Felterman- Lee Felterman and Associates

<u>Note:</u> **All sizes, measurements, distances, et cetera, mentioned herein are approximate.**

<u>GENERAL CONSTRUCTION PARTICULARS</u>:

- this vessel was built of all welded steel construction by *Offshore Trawlers Inc*. Shipyard, located in Bayou La Batre, Alabama as hull number *39* during 1977.

- tonnage: ITC: 89 gross and 60 net.

nvindt.com
Office: 985.876.5559
Toll Free: 877-NDT-NVI1
Fax: 985.876.9355

CORPORATE OFFICE
2449 W. Park Ave.
P.O. Box 1690
Gray, LA 70359

Aransas Pass, TX • Carthage, TX • Houston, TX
Odessa, TX • Lafayette, LA • New Iberia, LA
Sulphur, LA • Theodore, AL • Northglenn, CO Depew, NY
• Pittsburgh, PA

 

EXHIBIT
E

ASIC 0093

**SURVEY REPORT NO. <u>11-2019-0481</u>**

**<u>GENERAL CONSTRUCTION PARTICULARS: (continued)</u>**

- registered dimensions:  length – 110.0', breadth – 26.0', depth – 11.0'.

- this a typical utility style vessel with a flat deck, a pointed bow, a transom stern, a steel level superstructure and a raised pilothouse forward.

- vessel has the capabilities of operating can up to 200 miles offshore once COI is reinstated.

- clear boarded deck area is identified as:
  - 45 feet by 20 feet

- vessel can provide accommodations for:
  - (4) four crewmembers with 24-hour service
  - (15) fifteen offshore workers

- deck fittings consist of the following:

  - double bitts are located on both port and starboard sides:
    - stern.
    - midship.

  - one (1) capstan is located on bow.

  - one (1) fueling station is located on main deck just aft of the cabin on its starboard side.

  - one (1) welded steel personnel swing rope transfer (jump deck) is located on the vessel's stern and extends from port to starboard side.

- the perimeter of the main deck is fitted with 32" bulwarks.  The perimeter of the second deck and pilothouse levels are each fitted with 3 - tier 1½" schedule 40 pipe handrails with the vessel having adequate washouts throughout.

- the deckhouse is fitted with:

  - steel 4 - dog watertight doors on 6" coamings located on the main deck.

  - steel 2 - dog watertight doors on 4" coamings located on the second deck levels and on the pilothouse level.

2

ASIC 0094

**SURVEY REPORT NO. <u>11-2019-0481</u>**

<u>**GENERAL CONSTRUCTION PARTICULARS" (continued)**</u>

- the vessel is fitted with:

    o multi-bolt watertight windows at the main deck and second deck levels.

    o rubber mounted windows at pilothouse level.

- minimum freeboard to weatherdeck is 18".

-

<u>**MAIN DECK:**</u>

Accommodations at the main deck level are arranged as follows:

- forward is Captain's quarters with:

    o two (2) – four (4) man bunks.

- located aft to starboard:

    o two (2) heads,
    o one (1) shower,
    o one (1) sink with a medicine cabinet.

- one (1) bunk room containing (14) bunks is located below the main deck area.

3

ASIC 0095

**SURVEY REPORT NO. <u>11-2019-0481</u>**


**<u>GALLEY</u>:**

Galley is located to port of centerline, is aft of Captain's quarters and contains the following equipment:

- one (1) walk in cooler.
- one (1) table.
- two (2) bench type seating arrangements.
- one (1) four (4) burner *Whirlpool* electric stove.
- one (1) *Whirlpool* refrigerator / freezer.
- one (1) first aid kit.
- one (1) double stainless-steel sink.
- one (1) hood vent over the electric stove.


**<u>PILOTHOUSE:</u>**

- pilothouse contains the following equipment:

  - two (2) standard VHF radios.
  - one (1) SSB/Encoder/Decoder.
  - three (3) *Furuno* GPS.
  - one (1) *Furuno* radar.
  - one (1) engine display monitor.
  - one (1) *Richie* compass.
  - one (1) captain's chair.
  - one (1) bench seat.
  - one (1) chart table.
  - one (1) *Lasko* fan.
  - one (1) general alarm panel.
  - one (1) two (2) drawer file cabinet.

- located atop the pilothouse is a mast pole with navigation lights, running lights, a double air horn, searchlights, a radar scanner. All appear in fair condition; However, multiple antennas were missing.

**<u>Stern Controls:</u>**

- an external operators station housing multiple controls is located aft of the wheelhouse.

- steering system is electric over hydraulic.


4

ASIC 0096

SURVEY REPORT NO. <u>11-2019-0481</u>

<u>HULL</u>:

- hull is protected on both port and starboard sides as well as stern by means of:
    - o two 8" split pipe longitudinal rub rails.

    - o (46) forty-six, 40" in diameter rubber style tires are secured to welded pad eyes and tires are attached to the pad eyes with ½" galvanized chain and ¾" shackles.

- Starting at the bow hull compartmentation is as follows:

    - o fuel oil tanks have a reported total capacity of 18,500 gallons and are equipped with approved type filling lines and shut-off valves. All appear to be in working condition.

    - o potable water tanks have a reported total capacity of 37,000 gallons.

    - o hull scantlings are considered average for this vessel's intended service. Please review NVI provided "*UT-343-0001*" readings as a separate attachment to this report.

<u>SAFETY/FIREFIGHTING EQUIPMENT</u>:

At the time of this survey, all firefighting / lifesaving equipment is considered expired with multiple items scattered throughout the vessel.

<u>ELECTRICAL SYSTEM</u>:

- two (2) *Detroit Diesel Model 371* engines drive 30-KW generators.

    - o port generator set is battery starting.
    - o starboard generator set is air starting.
    - o (2) two 12-volt heavy duty marine type batteries are stowed in a well-ventilated area adjacent to the port generator.
    - o (2) two 12-volt heavy marine batteries are located by the general alarm in battery boxes

- the vessel is wired with metal armored type wiring. Fixtures are vapor proof marine type and fluorescent. Lighting system is 110-volt, AC. Switchboard is of the deadfront type. Overload protection is via circuit breakers.

5

ASIC 0097

**SURVEY REPORT NO. <u>11-2019-0481</u>**

<u>MACHINERY</u>:

- Main propulsion machinery is comprised of:

  - two (2) *Detroit Diesel Model 12-V71's* diesel engines.
  - each engine is rated at 396 horsepower.
  - a *Twin Disk* marine reduction gear has a 7 ½" to 1 ratio.
  - cooling is affected through a channel cooler system.
  - propulsion machinery is air starting.

- auxiliary machinery and equipment consist of the following:

  - one (1) hydraulic tank with pump.
  - one (1) bilge manifold.
  - two (2) air compressors.

- the machinery space is ventilated by 18" diameter power blowers, as well as by door openings and portlights.

6

ASIC 0098

SURVEY REPORT NO. <u>11-2019-0481</u>

<u>INTERNAL CONDITION</u>:

1.  An accurate assessment of the vessel's internal bottom condition is precluded in compartments which contained water

2.  Major transverse frames/trusses are numbered from forward to aft, beginning with the forward truss in each compartment.

3.  All horizontal strength members, such as side longitudinals and bulkhead stiffeners, are numbered from top to bottom.

4.  Bottom longitudinals, deck longitudinals, and transverse bulkhead stiffeners are numbered from port to starboard in each compartment.

5.  Internal deficiencies are described as follows:

> Light or mild   =   0 to 1"
> Moderate        =   1" to 2"
> Heavy           =   Over 2"

<u>General</u>:

- internal compartments entered are void of coating.

- all internal framing is numbered from port to starboard, top to bottom and forward to aft unless otherwise stated.

7

ASIC 0099

**SURVEY REPORT NO. <u>11-2019-0481</u>**

**<u>STARBOARD STERN COMPARTMENT:</u>**

- compartment contains 0 of water.
- water salinity is 0 ppt.
- compartment contains traces silt/mud.

**<u>CENTER STERN COMPARTMENT:</u>**

- some areas of compartment contain up to 12" of water.
- water salinity is 0 ppt.

8

ASIC 0100

**SURVEY REPORT NO. 11-2019-0481**

**CONDITION:**

- exterior of the hull appears to be in good condition with a black coating.

- vessel interior is in good condition.

- side shell plating and bulwarks are in good condition.

- deckhouse is in good condition.

- port generator was sighted in operation and appears to be in good condition.

- starboard generator was not operated at the time of survey.

- electronics were not operated at the time of survey.

- propellers, tail shafts, and all other underwater gear were not operated during this survey and are in an unknown condition.

- bilges contain normal amounts of water.

9

ASIC 0101

**SURVEY REPORT NO. <u>11-2019-0481</u>**

**<u>VALUATION</u>:**

**Estimated fair market value ("AS IS" – "WHERE IS")**
**as of December 6, 2019 ......................................... $ 400,000.00**

A sum of money that a utility style vessel should bring in a competitive and open market under all condition's requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably, and assuming the price is not affected by undue stimulus.  Implicit in this definition is the consummation of a sale where title is passed from seller to buyer under conditions whereby:

1.   The buyer and seller are typically motivated.

2.   Both parties are well informed and acting in what they consider their own best interest.

3.   A reasonable time is allowed for exposure in the open market.

In ascertaining the aforementioned values, consideration was given to the size, dimensions and condition of the vessel, as well as to the present existing market conditions for similar type vessels.

10

ASIC 0102

**SURVEY REPORT NO. <u>11-2019-0481</u>**

**<u>SURVEYOR'S NOTES</u>:**

This vessel, as described herein, is in good condition for its intended
service.
- at the time of this survey, weather conditions were:
  - sunny, cool & temperature of 72 degrees F.

- vessel was moored:
  - bow facing East.
  - port side secured to the dock.
  - starboard side is facing open water.
  - stern facing West.

Internals were sighted by NVI Marine Surveyor: Jason Ponvelle.

Externals were sighted by NVI Marine Surveyor: James Bailey.

All "*UT*" readings were taking only in void compartments which were open prior to
surveyor's arrival and were safe for entry.

This survey was completed on Decmber 5, 2019 at 1130 hours.

Manhole covers which were opened at the time of survey remained opened at the
conclusion of this survey.

This survey represents the good faith opinion of the surveyor only and does not
make any representations of fact.  It was performed for insurance underwriting
and/or appraisal purposes only, and no warranty of correctness of this surveyor as
to the condition, seaworthiness, value, or marketability of subject vessel is either
expressed or implied.

The vessel was sighted afloat, without testing for tightness, hull gauging,
conducting sea trials, testing or trying out machinery or electrical systems, or
opening up any of those places ordinarily closed or concealed. Therefore,
deficiencies may exist other than those conditions noted in this report.

Survey made, signed, and submitted without prejudice to rights and/or interests of
whom it may concern.

NVI, LLC Marine Surveying &
Consulting

Attending Surveyors:

James J Bailey

Jason Ponville

11

**SURVEY REPORT NO. <u>11-2019-0481</u>**



**VIEW OF THE BACK DECK LOOKING FORWARD ONBOARD THE
"BOB ROUSE"**



**VIEW OF THE BACK DECK LOOKING AFT ONBOARD THE
"BOB ROUSE"**

12

ASIC 0104

SURVEY REPORT NO. <u>11-2019-0481</u>



**VIEW OF STERN OPERATOR'S STATION & CONTROLS ONBOARD THE
"BOB ROUSE"**



**VIEW OF THE FORWARD PILOT HOUSE OPERA TOR'S STATION
& ELECTRONICS ONBOARD THE "BOB ROUSE"**

13

ASIC 0105

SURVEY REPORT NO. <u>11-2019-0481</u>



**VIEW OF THE FORWARD PILOT HOUSE OPERATOR'S STATION &
ELECTRONICS ONBOARD THE "BOB ROUSE"**



**VIEW OF GALLEY AREA ONBOARD THE "BOB ROUSE"**

14

ASIC 0106

SURVEY REPORT NO. <u>11-2019-0481</u>



**VIEW OF THE GALLEY AREA ONBOARD THE "BOB ROUSE"**



**VIEW OF THE 14 MAN BUNK ACCOMMODATIONS LOCATED ONBOARD
THE "BOB ROUSE"**

15

ASIC 0107

SURVEY REPORT NO. **11-2019-0481**



**VIEW OF THE 14 MAN BUNK ACCOMMODATIONS LOCATED ONBOARD
THE "BOB ROUSE"**



**VIEW OF THE 14 MAN BUNK ACCOMMODATIONS LOCATED ONBOARD
THE "BOB ROUSE"**

16

ASIC 0108

SURVEY REPORT NO. **11-2019-0481**



**VIEW OF THE HEAD AREA ONBOARD THE "BOB ROUSE"**



**VIEW OF THE STARBOARD GENERA TOR ON BOARD
THE "BOB ROUSE"**

17

ASIC 0109

SURVEY REPORT NO. <u>11-2019-0481</u>



**VIEW OF THE STARBOARD MAIN ENGINE ONBOARD THE
"BOB ROUSE"**



**VIEW OF THE PORT MAIN ENGINE ONBOARD THE
"BOB ROUSE"**

18

ASIC 0110

SURVEY REPORT NO. <u>11-2019-0481</u>



VIEW OF THE STARBOARD GENERATOR ONBOARD THE
"BOB ROUSE"



VIEW OF THE PORT GENERA TOR ON BOARD
THE "BOB ROUSE"

19

ASIC 0111

SURVEY REPORT NO. <u>11-2019-0481</u>



VIEW OF THE AIR COMPRESSOR UNITS ONBOARD THE
"BOB ROUSE"



VIEW OF A STORAGE AREA ONBOARD THE "BOB ROUSE"

20

ASIC 0112

SURVEY REPORT NO. <u>11-2019-0481</u>



**VIEW OF AN AIR COMPRESSOR STORAGE TANK & HOTWATER HEATER ONBOARD THE "BOB ROUSE"**



**VIEW OF INTERNAL STARBOARD STERN COMPARTMENT LOOKING FORWARD ONBOARD THE "BOB ROUSE"**

21

ASIC 0113