

# COMMERCIAL MARINE PACKAGE APPLICATION

Name of Insured: BOGDAN BINDEA
Mailing Address: 1065 TILMON ROAD          Web:
City: CHARLOTTESVILLE     State: VA     Zip: 22901
Applicant is a:  ☐ Partnership  ☐ Corporation  ☑ Other  SOLE PROP
Policy Period: From: ASAP     To:

Person to contact for inspection: ANDY  BOGDAN BINDEA
Phone #: 804-754-6607     Email: BOGDAN.BINDEA

Producer's Name: ASAP INSURANCE AGENCY
Mailing address: 13-33A RIVER ROAD     Email:
City: FAIR NLAWN     State: NEW JERSEY     Zip: 07410

## SCHEDULE OF COVERED OPERATIONS
(Policy terms state that only those operations scheduled are covered)
Check all that apply to your operations.

| Operation: | Receipts (past 12 mo.) | Operation: | Receipts (past 12 mo.) |
|---|---|---|---|
| ☐ Vessel repair (commercial) | $ | ☐ Stevedoring | $ |
| ☐ Boat repair (private pleasure watercraft) | $ | ☐ Terminal operations | $ |
| ☐ Vessel construction (commercial) | $ | ☐ Wharfingers | $ |
| ☐ Boat construction (private pleasure boats) | $ | ☐ Bridge repair or construction | $ |
| ☐ Boat lift installation | $ | ☐ Pile driving | $ |
| ☐ Pier, wharf, dock, seawall construction or repair (complete supplemental app) | $ | ☐ Passenger Vessel operation | $ |
| ☐ Dredging / excavation | $ | ☑ Other – describe fully below | $ |

Describe any and all of your non-marine operations and provide receipts from those operations.
NO NON-MARINE OPERATIONS

Describe "Other" operations from above. WHEN THEY START   DELIVERING CONSTRUCTION SUPPLIES

Ed. 02-19

EXHIBIT
F   1

ASIC 0114

## SCHEDULE OF COVERED LOCATIONS
(Policy terms state that only those locations scheduled are covered)

1. FT LAUDERDALE FLA
2. 
3. 
4. 
5. 

## GENERAL INFORMATION

1. Does this application include all your Operations, Locations and Vessels and affiliated and subsidiary companies?  ☑ Yes  ☐ No

   If no, Explain: _____

2. Number of years in business  10          Years under current management  10
3. Number of full-time employees  3         Number of part-time employees  0
4. Present insuring company  TBD
5. What are your current premiums?  TB
6. Is the insured a subsidiary of any other entity or does the insured have any subsidiaries?  ☐ Yes  ☑ No

   If yes, please describe. _____

7. Has any company ever cancelled or non-renewed any insurance being applied for in this application?
   ☐ Yes  ☑ No

   If yes, give the company, date of cancellation and reason for cancellation.

8. Has the insured ever declared bankruptcy?  ☐ Yes  ☑ No
9. Do you subcontract out any work?  ☐ Yes  ☑ No    If yes:
   a. Type of work subcontracted out  _____
   b. Cost of subcontracted work $ _____
   c. Do you obtain a hold harmless / indemnity agreement from subs?  ☐ Yes  ☑ No
   d. Do you obtain Certificates of Insurance with limits equal to your limits?  ☐ Yes  ☑ No
      (Policy provisions reduce your limit of coverage if sub contractors fail to have coverage or have limits less than yours)

Ed. 02-19

2

ASIC 0115

# REQUESTED COVERAGES, LIMITS AND DEDUCTIBLES

## Section I – Commercial Marine Liability Coverages

COMBINED SINGLE LIMITS (applicable to all Section I Coverage Parts)

- Each Occurrence (in 000's)          ☐ $100    ☐ $300    ☐ $500    ☑ $1,000
- General Aggregate (in 000's)        ☐ $200    ☐ $600    ☐ $1,000  ☑ $2,000
- Products/Completed Operations       ☐ $100    ☐ $300    ☐ $500    ☐ $1,000
  Aggregate (in 000's)
- Medical Payment Limit of Insurance  ☑ $5,000  ☐ $10,000
- Damage to premises rented to you    ☐ $50,000 ☑ $100,000
  Limit of Insurance

COMBINED SINGLE DEDUCTIBLE       $ 5000_____ ($1,000 minimum)

Coverages Requested:

☑ Marine General Liability                    ☑ Protection & Indemnity
  ☐ Hired/non-owned auto end.                   ☐ Crew coverage end.
  ☐ Employee Benefit Liability end.             ☐ Cargo liability end.
  ☐ Stop Gap end.                               ☐ Chartered/rented vessel end.
☐ Ship Repairer Liability                       ☐ Bailee end.
  ☐ Traveling workman end.                    ☐ Stevedore's Liability
  ☐ Other work end.                           ☐ Terminal Operator's Liability
  ☐ Reconstruction/conversion end.            ☐ Wharfingers' Liability
☐ Tankerman's Liability                       ☐ Demurrage coverage endorsement
☑ Pollution Liability

## Section II – Hull Physical Damage Coverages

Coverages Requested:

☑ Hull physical damage                        ☐ Hull Builders Risk physical damage

## Section III – Property Physical Damage Coverages

Coverages Requested:

☐ Piers, wharves & docks                      ☐ Fixed Marine property
☐ Mobile Equipment                            ☐ Pollution physical damage

Complete the supplemental applications that follow for each coverage requested. Complete only those supplemental applications for which coverage has been requested. Any additional information can be added on the last page of the application.

ASIC 0116

# MARINE GENERAL LIABILITY SUPPLEMENTAL APPLICATION

**Products Exposures**

1. Describe any products liability exposures.
   NONE

2. Products of others sold or repackaged under applicant's label? ☐ Yes ☑ No
   If yes, explain
3. Products recalled, discontinued or changed? ☐ Yes ☑ No
   If yes, explain
4. Any products manufactured? ☐ Yes ☑ No
   If yes, list and describe products
5. Does insured install, service or demonstrate products? ☐ Yes ☑ No
   If yes, explain.
6. Any foreign products sold, distributed or used as components? ☐ Yes ☑ No

**Hired/Non-Owned Auto Liability**

1. Do you own any autos? ☐ Yes ☐ No
2. Do you allow use of personal cars for business use? ☐ Yes ☐ No
3. How frequently?
4. Are the same drivers/officers usually used? ☐ Yes ☐ No
5. Are MVR's checked annually? ☐ Yes ☐ No
6. Do you require proof of personal insurance? ☐ Yes ☐ No
7. What limits are required?
8. Number of employees who use their personal cars.
9. Number of underage drivers (<25 yrs).

**Employee Benefits Liability**

1. Limits of Insurance requested:
   $ _____ Each employee;   $ _____ Aggregate.
2. Employee Benefit Programs which are automatically covered without being specifically listed: Group Life Insurance, Group Accident or Health Insurance, Profit Sharing Plans, Pension Plans, Stock Subscription Plans, Unemployment Insurance, Social Security Benefits, Workers' Compensation and Disability Benefits. List any other types of plans for which coverage is desired:

3. Number of people employed by you.
4. Retroactive Date:
5. Number of employees covered by Employee Benefit Plans.
6. Do you maintain a department or unit to (a) administer Employee Benefit Plans, and (b) answer questions and advise employees concerning the Plans? ☐ Yes ☐ No
7. On programs permitting employees an option to enroll or not to enroll, do you require a signed acceptance or rejection from each employee? ☐ Yes ☐ No
8. If your Pension Plan and/or Profit Sharing Plan is/are funded with a financial institution, provide details regarding its administration.

Ed. 02-19                                                                                                  4

ASIC 0117

**Leased / Temporary Workers / Subcontractors**

| | Leased Workers | | Temporary Workers | | Independent/ Sub Contractors | |
|---|---|---|---|---|---|---|
| Do you utilize?* | ☐ Yes | ☐ No | ☐ Yes | ☐ No | ☐ Yes | ☐ No |
| Are indemnity agreements in place in your favor with the provider of? | ☐ Yes | ☐ No | ☐ Yes | ☐ No | ☐ Yes | ☐ No |
| Are you named as an alternate employer on the provider's worker comp. policy? | ☐ Yes | ☐ No | ☐ Yes | ☐ No | ☐ Yes | ☐ No |
| Do you obtain certificates of insurance from all providers? | ☐ Yes | ☐ No | ☐ Yes | ☐ No | ☐ Yes | ☐ No |
| Do you provide workers comp. coverage for these workers? | ☐ Yes | ☐ No | ☐ Yes | ☐ No | ☐ Yes | ☐ No |
| What was your cost for this service over the past 12 months? | $ | | $ | | $ | |
| What minimum General Liability limits do you require from the provider? | $ | | $ | | $ | |

* If the answer to this question is yes, attach a copy of the standard agreement / work order used. If no agreement or work order is used, please explain.

_____

**Pollution Liability Exposures**

Do any of your operations involve the hauling, storage, handling or disposal of any hazardous waste products, including petroleum waste products?   ☐ Yes   ☑ No

Do any of your operations involve the hauling, storage or handling of any chemical or petroleum products?   ☐ Yes   ☑ No

Have you ever been involved in either of the operations referred to above?   ☐ Yes   ☑ No

Do you have any fuel storage tanks located on any of the covered locations, including tanks no longer in use?   ☐ Yes   ☑ No

## PROTECTION & INDEMNITY SUPPLEMENTAL APPLICATION

If you have any vessels other than those listed in the Hull Supplemental application on which you want P&I coverage, copy the Hull Supplemental application page and list those vessels. If Hull coverage is placed elsewhere on these vessels, indicate the insured hull value in the application and indicate the insurance company providing the hull coverage.

If Crew Coverage option is selected, how many crew are employed? 3_____

Experience of employees. 15- 20 YEARS_____

If Cargo Liability Coverage option is selected, describe the type and value of cargo carried:
NA_____

If Chartered/Rented Coverage option is selected, describe the type of vessel chartered/ rented, normal length of charter/rental period and the value of each type vessel chartered/rented:
NA

If any of the vessels carry passengers, provide:

(1) USCG certified passenger capacity  NA

(2) USCG license(s) for each captain. (attach)

(3) Average number of passengers carried each trip  NA

(4) Number of trips made per day, week or month  NA

(5) Season of operation  12 MO

(6) Nature of operation, i.e. fishing, sightseeing, ferry etc.  NO

Is food served?   ☐ Yes   ☑ No        Alcohol?   ☐ Yes   ☑ No

# HULL SUPPLEMENTAL APPLICATION
## Schedule of Covered Vessels

| Name: GRAIG MICHAEL | | Type: SUPPLY VESSEL |
|---|---|---|
| Year Built: 1977 | Length/ Beam: 110.0/26.0 | GRT: 89 |
| Material of Hull: STEEL | Type Propulsion & HP DIESEL / 396 HP X 2 | Date of last Dry Docking |
| Hull Value: $ 400,000 | | Deductible: $ 5000 |
| Location: FT. LAUDERDALE  FL | | |

| Name: | | Type: |
|---|---|---|
| Year Built: | Length/ Beam: | GRT: |
| Material of Hull: | Type Propulsion & HP | Date of last Dry Docking |
| Hull Value: | | Deductible: $ |
| Location: | | |

| Name: | | Type: |
|---|---|---|
| Year Built: | Length/ Beam: | GRT: |
| Material of Hull: | Type Propulsion & HP | Date of last Dry Docking |
| Hull Value: | | Deductible: $ |
| Location: | | |

| Name: | | Type: |
|---|---|---|
| Year Built: | Length/ Beam: | GRT: |
| Material of Hull: | Type Propulsion & HP | Date of last Dry Docking |
| Hull Value: | | Deductible: $ |
| Location: | | |

| Name: | | Type: |
|---|---|---|
| Year Built: | Length/ Beam: | GRT: |
| Material of Hull: | Type Propulsion & HP | Date of last Dry Docking |
| Hull Value: | | Deductible: $ |
| Location: | | |

Navigation area of above vessel(s) _____

_____

_____

## HULL BUILDERS RISK SUPPLEMENTAL APPLICATION

Commercial Vessels:

Describe the Type(s) and size(s) of vessels built: _____

How many are constructed per year? _____

What is the completed value for each type vessel? _____

What is the hull material (i.e. steel, aluminum, fiberglass etc)? _____

What is the average construction time for each type vessel? _____

At which location(s) are the vessels built? _____

Is the construction primarily inside or outside? _____

Describe any trial trips to be made. _____

Will there be any owner furnished material used in the construction? ☐ Yes ☐ No

If yes, what is the total value of the owned furnished material? _____

Private Pleasure Boats:

If available, attach brochure describing boats built. If you have a web site, provide the web address:

_____

Describe the models and sizes of boats built: _____

How many are built each week, month or year? _____

What is the completed value of each model? _____

What is the total value of all boats built in a year? _____

What is the hull material used? (i.e. fiberglass, aluminum, etc) _____

Use the Fixed Property supplemental application to list the building in which construction takes place and indicate what operation takes place in each building.

What is the total value of boats transported to customers or dealers each year? _____

Do you participate in boat shows or other exhibitions where you place boats on display? ☐ Yes ☐ No

If yes, at which shows do you participate? _____

What is the maximum value of boats at a show? _____

If you wish to cover your molds, list each mold separately with a value for each in the Mobile Equipment Supplemental application.

## MOBILE EQUIPMENT & TOOLS SUPPLEMENTAL APPLICATION

Indicate valuation: ☐ 80% ACV  ☐ 90% Replacement Cost (check one)

Complete the following or attach a schedule. (Note: all equipment over $1,000 must be scheduled.)

| Item description | Value | Deductible | Serial Number |
|---|---|---|---|
| 1. | $ | $ | |
| 2. | $ | $ | |
| 3. | $ | $ | |
| 4. | $ | $ | |
| 5. | $ | $ | |
| 6. | $ | $ | |
| 7. | $ | $ | |
| 8. | $ | $ | |
| 9. | $ | $ | |
| 10. | $ | $ | |
| Unscheduled Equipment & Tools Limit (Maximum Limit $10,000) <br> Maximum Limit any one Item | $ <br> $ | $ | |
| Rented or Leased Equipment (from Others) Limit* <br> Maximum Limit any one Item | $ <br> $ | $ | |
| Rental Reimbursement Coverage Limit* <br> ($5,000 is provided without charge) | $ | $ | |

* If requesting a higher limit, provide rental cost, description and value of rented equipment.

How much are you spending on Rental Equipment? _____

Description of what you are renting and how often. _____

_____

## PIERS WHARVES & DOCK SUPPLEMENTAL APPLICATION
### (complete attached supplemental application)

## MARINE PROPERTY SUPPLEMENTAL APPLICATION

Indicate valuation: ☐ 80% ACV  ☐ 90% Replacement Cost (check one)

| Location No.   Bldg No.         Year Built      Occupancy          |                    |
|---|---|
| Construction            Sprinklers ☐ Yes ☐ No  Protection class    Total Area | |
| **Subject** | **Limit** |
| Building | $ |
| Contents | $ |
| Deductible            (minimum $1,000) | $ |

Ed. 02-19

8

ASIC 0121

Case 3:21-cv-00002-NKM  Document 1-6  Filed 01/13/21  Page 9 of 13  Pageid#: 83

| | |
|---|---|
| Business income & extra expense limit | $  Coinsurance 80% |
| How is this building used by the Insured? | |
| Building improvements | |
| Wiring, yr. | Heating, yr. |
| Roofing, yr. | Plumbing, yr. |
| # of stories | |
| Burglar Alarm: ☐ Yes ☐ No | Describe: |
| Sprinkler Alarm: ☐ Yes ☐ No | Describe: |
| Basement: ☐ Yes ☐ No | |

| | |
|---|---|
| Location No.     Bldg No.               Year Built      Occupancy | |
| Construction             Sprinklers ☐ Yes ☐ No   Protection class    Total Area | |
| **Subject** | **Limit** |
| Building | $ |
| Contents | $ |
| Deductible                (minimum $1,000) | $ |
| Business income & extra expense limit | $  Coinsurance 80% |
| How is this building used by the Insured? | |
| Building improvements | |
| Wiring, yr. | Heating, yr. |
| Roofing, yr. | Plumbing, yr. |
| # of stories | |
| Burglar Alarm: ☐ Yes ☐ No | Describe: |
| Sprinkler Alarm: ☐ Yes ☐ No | Describe: |
| Basement: ☐ Yes ☐ No | |

| | |
|---|---|
| Location No.     Bldg No.               Year Built      Occupancy | |
| Construction             Sprinklers ☐ Yes ☐ No   Protection class    Total Area | |
| **Subject** | **Limit** |
| Building | $ |
| Contents | $ |
| Deductible                (minimum $1,000) | $ |
| Business income & extra expense limit | $  Coinsurance 80% |
| How is this building used by the Insured? | |
| Building improvements | |
| Wiring, yr. | Heating, yr. |
| Roofing, yr. | Plumbing, yr. |
| # of stories | |
| Burglar Alarm: ☐ Yes ☐ No | Describe: |
| Sprinkler Alarm: ☐ Yes ☐ No | Describe: |
| Basement: ☐ Yes ☐ No | |

<mark>Ed. 02-19                                                                                                                9</mark>

<mark>ASIC 0122</mark>

| Location No. | Bldg No. | | Year Built | Occupancy | |
|---|---|---|---|---|---|
| Construction | | Sprinklers ☐ Yes ☐ No | Protection class | | Total Area |
| **Subject** | | | **Limit** | | |
| Building | | | $ | | |
| Contents | | | $ | | |
| Deductible | | (minimum $1,000) | $ | | |
| Business income & extra expense limit | | | $ | | Coinsurance 80% |
| How is this building used by the Insured? | | | | | |
| Building improvements | | | | | |
| Wiring, yr. | | | Heating, yr. | | |
| Roofing, yr. | | | Plumbing, yr. | | |
| # of stories | | | | | |
| Burglar Alarm: | ☐ Yes | ☐ No | Describe: | | |
| Sprinkler Alarm: | ☐ Yes | ☐ No | Describe: | | |
| Basement: | ☐ Yes | ☐ No | | | |

Do you generate/produce power for yourself or to sell back to the grid?  ☐ Yes  ☐ No

If yes, list the type (wind, solar, fuel cell, engine/generator) and size (nameplate rating in kilowatts) of the power generating equipment, or system in the case of photovoltaics.

_____

_____

## STEVEDORES SUPPLEMENTAL APPLICATION

| Port/Facility Location | Load or Discharge | Commodity | Tonnage per year | Receipts per year |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Do you use any specialized equipment in your loading or discharging operations?  ☐ Yes  ☐ No
If yes, please describe. _____

_____

Do you store any commodities prior to loading or after discharge?  ☐ Yes  ☐ No
If yes, complete the Terminal Operators supplemental application.
How many barges/vessels do you stevedore per year? _____
What type of vessels do you stevedore, i.e. barges, general cargo ships, bulk carriers, etc.?

_____

Ed. 02-19

10

ASIC 0123

## TERMINAL OPERATORS SUPPLEMENTAL APPLICATION

| Port/Facility Location | Load or Discharge | Commodity | Tonnage per year | Receipts per year |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| Commodity stored | Average length of storage | Stored inside or outside | Receipts |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Describe the type of vessels loaded or discharged. _____

How many barges/vessels do you load or discharge per year? _____

Do you load or discharge any rail cars or trucks?  ☐ Yes  ☐ No  If yes, how many? _____

Use the Fixed Property supplemental application to list and provided information on all storage buildings, tanks or silos.

Do you issue a warehouse receipt for goods in storage?  ☐ Yes  ☐ No  If yes, attach a copy.

## WHARFINGERS SUPPLEMENTAL APPLICATION

Provide the receipts from vessel storage. $ _____

Provide the receipts from shifting or towing of vessels. $ _____

Provide the total number of days vessels were stored during past 12 months.

_____ Barges  _____ towboat/pushboats/tugs  _____ other vessels

If you do any vessel repair, cleaning or servicing, complete the Ship Repairers supplemental application.

If you load or discharge any vessels, complete the Terminal Operators supplemental application.

Describe any shifting or towing operations including distances traveled. _____

If shifting or towing operations are performed, are all the towing vessels listed in the Hull and P&I supplemental applications?  ☐ Yes  ☐ No

Do all vessel storage locations have personnel on premises 24 hours, 7 days a week?  ☐ Yes  ☐ No
If no, describe security. _____

Of the total vessel days per year, what percentage is vessels loaded with cargo? _____

List any exposures (i.e. bridges, docks or terminals) down stream within one mile of each location.

_____
_____

Ed. 02-19　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　11

ASIC 0124

## SHIP REPAIRER SUPPLEMENTAL APPLICATION

Provide total repair receipts for past 12 months. $ _____

Describe type of vessels repaired. _____

Describe type of work performed. _____

Do you do any gas freeing work?  ☐ Yes  ☐ No

Describe dry docking or vessel lifting system used to remove vessels from the water.
_____

Do you do any conversion or reconstruction of vessels (i.e. where the size, type or nature of a vessel is changed)?  ☐ Yes  ☐ No  If yes, what are the receipts? $ _____

Do you do any non-marine work (i.e., metal fabrication or welding not on a vessel)?  ☐ Yes  ☐ No
If yes, describe. _____

Do you do any work away from the scheduled locations?  ☐ Yes  ☐ No
If yes, describe. _____

## TANKERMAN SUPPLEMENTAL APPLICATION

Provide total receipts from Tankerman operations in past 12 months. $ _____

How many tankerman do you employ? _____

| Location | Type of vessel | Commodity | # of vessels loaded/discharged in past 12 months |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Mortgagees / Loss Payees / Additional Interest:**

| Name & Address: |
|---|
| Interest: |
| Coverage section(s) applicable: |
| Location Number: |

| Name & Address: |
|---|
| Interest: |
| Coverage section(s) applicable: |
| Location Number: |

ASIC 0125

| Name & Address: |
|---|
| Interest: |
| Coverage section(s) applicable: |
| Location Number: |

| Name & Address: |
|---|
| Interest: |
| Coverage section(s) applicable: |
| Location Number: |

**Additional information / Comments:**

_____
_____
_____
_____
_____

**Five Year Loss Record** – for all coverages being requested including losses from discontinued or sold operations and vessels lost. If none, state "none".

| Coverage involved | Date of Loss | Details of Accident | Gross Amount of loss before deductible | Current Status: Paid or outstanding |
|---|---|---|---|---|
|  |  | NO LOSSES |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION OF INSURANCE CONTAINING ANY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND MAY BE SUBJECT TO FINES AND CONFINEMENT IN PRISON.**

Signing this form does not bind the Applicant to purchase the insurance or the Company to accept the risk, but it is agreed that this form shall be the basis of the contract should a policy be issued.

Signature of Applicant: *[signature]*    Date signed: 1/29/20

ASIC 0126