**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division – In Admiralty**

**ATLANTIC SPECIALTY INSURANCE COMPANY,**

     **Plaintiff,**

**v.**                                                    **Civil Action No. 3:21-cv-00002**

**BOGDAN ANDREI BINDEA,**

     **Defendant.**

### MOTION TO COMPEL THIRD-PARTY DEFENDANT, JOHN UHR, TO COMPLY WITH DEPOSITION NOTICE AND ALTERNATIVE REQUEST FOR MERITS SANCTIONS

**NOW COMES,** Defendant and Third-Party Plaintiff, Bogdan Bindea ("Bindea"), through undersigned counsel, who respectfully submits this Motion to Compel Third-Party Defendant, John Uhr ("Uhr"), to Comply with Deposition Notice and Alternative Request for Merits Sanctions.

For the reasons expressed more fully in the accompanying memorandum in support, which is incorporated herein by reference, this Court should issue an order compelling Uhr to: (1) appear for a deposition in this matter as he refused to voluntarily appear on March 16, 2022 pursuant to a properly issued notice of deposition; and (2) provide all materials that are responsive to the requests for documents propounded on Uhr in the deposition notice. Alternatively, Bindea requests that the Court impose merits sanctions on Uhr pursuant to Fed. R. Civ. P. 37(d) by ordering that certain allegations in Bindea's Third-Party Complaint that pertain to Uhr – namely, the allegations in ¶¶12-15, ¶¶21-22, ¶¶25-30, ¶34, ¶37, and ¶38 of the Third-Party Complaint – be deemed as true for purposes of this lawsuit.

Dated: May 31, 2022

/s/   Douglas   A.   Winegardner
Douglas A. Winegardner (VSB No. 46570)
Robert B. Delano, Jr. (VSB No. 20619)
Sands Anderson, PC
Bank of America Center, Ste. 2400
1111 East Main Street (23219)
P.O. Box 1998
Richmond, Virginia 23218-1998
Telephone:     (804) 648-1636
Facsimile:     (804) 783-7291
dwinegardner@sandsanderson.com
rdelano@sandsanderson.com

**-AND-**

/s/ W. Spencer King
**HENRY A. KING (LA #7393)**
**MICHAEL L. VINCENZO (LA #23965)**
**W. SPENCER KING (LA #35863)**
**KING & JURGENS, LLC**
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170
Telephone:  (504) 582-3800
Facsimile:   (504) 582-1233
Email:
hking@kingjurgens.com
mvincenzo@kingjurgens.com
sking@kingjurgens.com

*Attorneys   for   Defendant/Third-Party*
*Plaintiff Bogdan Bindea*