IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division – In Admiralty

| | | |
|---|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY, | ) ) | |
|    Plaintiff & Counter Defendant, | ) ) | Civil Action No. 3:21-cv-00002 |
| v. | ) ) | |
| BOGDAN ANDREI BINDEA, | ) | |
|    Defendant & Counter Claimant. | ) | ORDER |
| BOGDAN ANDREI BINDEA | ) | |
|    Third-Party Plaintiff, | ) ) | By:  Joel C. Hoppe |
| v. | ) ) |        United States Magistrate Judge |
| USG INSURANCE SERVICES, et al., | ) | |
|    Third-Party Defendants. | ) | |

Third-Party Plaintiff Bogdan Andrei Bindea and Third-Party Defendants ASAP Insurance Agency, LLC and John Uhr having filed a stipulation of dismissal indicating that the matters in controversy have been settled between them, ECF No. 111, it is accordingly

**ORDERED**

that this case shall be and hereby is DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Plaintiff's motion for attorney's fees, ECF No. 92, is denied as moot according to the terms of the stipulation.

The parties shall bear their own costs.

ENTER: January 2, 2024

Joel C. Hoppe
U.S. Magistrate Judge